**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7446**

TYRONE LUCAS,

             Plaintiff - Appellant,

        v.

ANGELA BROWN, DHO; CAPTAIN KEVIN FORD; CAPTAIN E. BITTENGER;
CAPTAIN GASKINS; LIEUTENANT ALICE FLEMING; LIEUTENANT AUDREY
PRICE; OFFICER SHANNON DEAN; OFFICER SAULS; OFFICER DONALD
TUCKER; OFFICER PATRICIA COOK; VERNON TUCKER; MS. FLORENCE
KLINE; MS. ANNASON,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Terry L. Wooten, District Judge.
(1:09-cv-01601-TLW)

Submitted:  March 31, 2011              Decided:  April 5, 2011

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Lucas, Appellant Pro Se.  Steven Barry Johnson, LEE ERTER
WILSON  HOLLER  &  SMITH,  LLC,  Sumter,  South  Carolina,  for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lucas appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Lucas v. Brown</u>, No. 1:09-cv-01601-TLW (D.S.C. Sept. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>